IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02315-AP

DIANA I. ANDERSON,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Frederick W. Newall #10269
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
fnewall@qwestoffice.net

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

- 1 -

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The parties do not dispute that the Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:  August 28, 2013**

    **B.    Date Complaint  Was Served on U.S. Attorney's Office: August 29, 2013**

    **C.    Date Answer and Administrative Record Were Filed: December 3, 2013**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case involves an unusually complicated claim.  Specifically, this case involves a claim that the ALJ erred in determining Plaintiff's disability ceased in September 2002 because her condition had medically improved.  This portion of the case involves a section of the Listings that was deleted in 1999, i.e., between the time Plaintiff was first awarded benefits and September 2002. In addition, this case involves a claim that the ALJ erred in determining Plaintiff was not disabled prior to March 23, 2009, when the Commissioner found Plaintiff was disabled.

**7.    OTHER MATTERS**

The case is on appeal from a decision issued on remand from the Tenth Circuit and this Court:

Anderson v. Astrue, No. 09-1149 (10th Cir., Aug. 25, 2009)

Anderson v. Astrue, No. 07-cv-1877-RPM (D.Colo. Feb. 10, 2011).

**8.     BRIEFING SCHEDULE**

      **A.     Plaintiff's Opening Brief Due:  February 3, 2014**

      **B.     Defendant's Response Brief Due:  March 3, 2014**

      **C.     Plaintiff's Reply Brief (If Any) Due: March 18, 2014**

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

**A.     Plaintiff's Statement: Plaintiff does not request oral argument.**

**B.     Defendant's Statement: Defendant does not request oral argument.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.     ( )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.     ( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 23rd day of December, 2013.

                                       BY THE COURT:

                                       *s/John L. Kane*
                                       U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| | John F. Walsh<br>United States Attorney |
| s/ Frederick W. Newall<br>Frederick W. Newall #10269<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>fnewall@qwestoffice.net<br>Attorney for Plaintiff | By: s/Allan D. Berger<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, CO 80202<br>303-844-2149<br>303-844-0770 (facsimile)<br>Allan.berger@ssa.gov<br>Attorneys for Defendant |