# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2315-AP

DIANA I. ANDERSON,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
       Defendant.
_____

## ORDER
_____

       Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #23), filed March 26, 2014, is **GRANTED**.

       This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in Shalala v. Schaefer, 509 U.S. 292, 296-302 (1993).

       Upon remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) to afford Plaintiff an opportunity to attend a supplemental hearing and to submit additional evidence. Upon completion of the record, the Administrative Law Judge will further consider and make findings with rationale regarding Plaintiff's residual functional capacity; obtain supplemental vocational expert evidence; and issue a new decision for the period from September 20, 2002, until March 23, 2009.

Upon remand, Plaintiff may elect to have continued benefits pursuant to 20 C.F.R. s. 416.996, Program Operations Manual System (POMS) DI 12027.065A, and Hearings, Appeals and Litigation Law Manual (HALLEX) I-5-3-4. Pursuant to POMS DI 12027.060A and DI 12.067.065A, if Plaintiff previously elected continued benefits at a prior ALJ level, continued benefits will be reinstated without a new election statement retroactive to the first month of non-payment resulting from a vacated ALJ decision. Accordingly, upon remand, the Appeals Council will notify Plaintiff's servicing field office of this order. The servicing field office will determine the correct payment amount and issue retroactive payment of continued service benefits to which Plaintiff qualifies, retroactive to the to the month terminated, as provide for in 20 C.F.R. § 416.996(e) and POMS DI 12027.065C.2.c.

Dated: March 26, 2014

BY THE COURT:

*s/John L. Kane*_____
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT