IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **13-cv-2315-AP**

**DIANA I. ANDERSON,**

        Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on plaintiff's Opposed Motion for Attorney Fees Under EAJA, (doc. #26), filed June 19, 2014.  I have reviewed the motion and defendant's response thereto.  It is noted that defendant's opposition is withdrawn.  The motion is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff , through counsel, reasonable attorney fees in the amount of **$6,597.50**.

Dated at Denver, Colorado, this 2nd day of July, 2014.

                          BY THE COURT:

                          *S/John L. Kane*
                          JOHN L. KANE, SENIOR JUDGE
                          UNITED STATES DISTRICT COURT